IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3011 |
| vs. | ORDER |
| JOSE LUIS MEZA-LOPEZ, | |
| Defendant. | |

The court has orally examined the financial status of the defendant in support of Defendant's request for appointed counsel. After a review of the Financial Affidavit, the court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:
1) Jessica Douglas is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

March 27, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge