IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE LUIS MEZA-LOPEZ,<br><br>               Defendant. | 4:14-CR-3011<br><br>ORDER |

      This matter is before the Court on the defendant's "Motion for Extension of Time to File Memorandum in Support of § 2255 Motion" (filing 132). The defendant's motion is granted.

      A § 2255 motion must generally be filed within 1 year from "the date on which the judgment of conviction becomes final." § 2255(f)(1). The Court entered its judgment of conviction (filing 114) on January 12, 2015, but the defendant appealed, and the Court of Appeals affirmed the defendant's conviction and sentence on December 21, 2015. Filing 129. A judgment of conviction becomes final when the time expires for filing a petition for certiorari with the Supreme Court contesting the appellate court's affirmation of the conviction. *Clay v. United States*, 537 U.S. 522, 525 (2003). The time for filing a petition for certiorari expires 90 days after the entry of judgment—in this case, March 21, 2016. U.S. Sup. Ct. R. 13(3). Thus, the 1-year limitation period from the judgment of conviction will expire on March 21, 2017. *See*, *United States v. Martin*, 408 F.3d 1089, 1090 (8th Cir. 2005); *United States v. Hurst*, 322 F.3d 1256 (10th Cir. 2003); *see also Haroutunian v. I.N.S.*, 87 F.3d 374, 377 (9th Cir. 1996).

      Accordingly, the defendant may file a memorandum in support of his § 2255 motion (filing 133) on or before March 21, 2017.

      IT IS ORDERED:

      1.     The defendant's motion to extend (filing 132) is granted.

      2.     The defendant may file a memorandum in support of his § 2255 motion (filing 133) on or before March 21, 2017.

- 2 -

Dated this 20th day of December, 2016.

BY THE COURT:

*(signature)*

John M. Gerrard
United States District Judge